FILED IN OPEN COURT
ON 8-22-17 BF
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-105-D

| | | |
|---|---|---|
| IN RE: | ) | ORDER TO SEAL |
| | ) | INDICTMENT |
| | ) | |
| SEVENTEEN-COUNT | ) | |
| INDICTMENT PRESENTED ON | ) | |
| AUGUST 22, 2017 | ) | |

Upon motion of the United States, it is hereby ORDERED that, pursuant to Federal Rule of Criminal Procedure 6(e)(4), the Indictment in the above-captioned case, returned by the Federal Grand Jury on August 22, 2017, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendants and to provide copies of the Indictment to the United States Attorney, the United States Probation Office, and counsel for each defendant at the time of their Initial Appearance.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon the arrest of all of the defendants named in the Indictment or upon the expiration of thirty (30) days, whichever event occurs first.

This the 22 day of August, 2017.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE