UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 7:17-CR-105-D-1
)
RUFUS LAMAR PARKER )

## ORDER

Upon application of Gabriel J. Diaz, Assistant United States Attorney, on behalf of the Unites States Attorney for the Eastern District of North Carolina;

It is hereby ORDERED that D.E. 448 be sealed until further Order of the Court.

Done this the 14 day of January, 2021.

JAMES C. DEVER III
United States District Judge